**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6081**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HASSAAN HAAKIM RASHAAD,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:01-cr-00195-MOC-1)

Submitted: April 19, 2018                                    Decided: April 24, 2018

Before GREGORY, Chief Judge, and THACKER and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Hassaan Haakim Rashaad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hassaan Haakim Rashaad, a federal prisoner, seeks to appeal the district court's order denying Rashaad's motion to compel his former attorney to provide Rashaad with portions of his trial transcript. This motion was filed in conjunction with the counseled 28 U.S.C. § 2255 (2012) motion that is currently pending in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Rashaad seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*